IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRAIG ALAN PIERI,

      Plaintiff,

v.                                                      No. CV 11-1054 RB/CG

CORRECTIONAL MEDICAL SERVICES,
WILLIAM SHANNON--MD,
LEOPOLDO RASCHBAUM--MD,
DR. FARRIS,

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Defendant Correctional Medical Services' ("CMS") *Stipulated Motion to Withdraw as Counsel and Notice of Appointment of Substitute Attorney*. (Doc. 16). Attorneys Nicole M. Charlebois and Sebastian A. Dunlap of Allen, Shepherd, Lewis, Syra & Chapman, P.C., move to be substituted as counsel for CMS in place of attorney Debra Moulton of Kennedy, Moulton & Wells, P.C. (*Id.*). The motion states that all parties consent to the withdrawal of Ms. Moulton and the substitution of attorneys Charlebois and Johnson. The Court, having considered the motion, noting that it complies with D.N.M.L.R.-Civ 83.8(a), and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that CMS' *Stipulated Motion to Withdraw as Counsel and Notice of Appointment of Substitute Attorney*, (Doc. 16), be **GRANTED**. Attorney Moulton is permitted to withdraw from the case and attorneys Charlebois and Dunlap are substituted as counsel for Defendant CMS.

                                                                   _____
                                                                     THE HONORABLE CARMEN E. GARZA
                                                                     UNITED STATES MAGISTRATE JUDGE