IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRAIG ALAN PIERI,

      Plaintiff,

v.                                                   No. CV 11-1054 RB/CG

CORRECTIONAL MEDICAL SERVICES,
WILLIAM SHANNON--MD,
LEOPOLDO RASCHBAUM--MD,
DR. FARRIS,

      Defendants.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on *Plaintiff's Motion for an Extension of Time to File a Response to Defendants Martinez Report*, (Doc. 36). Plaintiff's response to the *Martinez* report is currently due on or before July 12, 2012. (Doc. 33 at 4). Plaintiff seeks a twelve day extension of time until July 24, 2012. (Doc. 36 at 1). In support, he states that he needs additional time to obtain photocopies from the PNM legal library and to review certain medical records which were first disclosed in Defendants' report. (*Id.*). The Court, having considered the motion, **FINDS** that Plaintiff has demonstrated good cause for an extension.

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion for an Extension of Time to File a Response to Defendants Martinez Report*, (Doc. 36), be **GRANTED**. Plaintiff's response shall be due on or before July 24, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE